UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAHESH GOGRI,<br><br>            Plaintiff,<br><br>    v.<br><br>KARAN GOGRI, et al.,<br><br>            Defendants. | Case No. 24-cv-03067-PHK<br><br>**JUDICIAL REFERRAL ORDER** |

This matter is before the Court on Plaintiff's Notice of Related Cases wherein Plaintiff indicates that this case may be related to *Gogri v. Gogri et al.*, Case No. 3:24-cv-00732-TLT. *See* Dkt. 7. Accordingly, under Civil Local Rule 3-12(c), the undersigned issues this referral.

Pursuant to Civil Local Rule 3-12(c), **IT IS HEREBY ORDERED** that the above captioned case is referred to Judge Trina L. Thompson to determine whether this case is related to *Gogri v. Gogri et al.*, Case No. 3:24-cv-00732-TLT.

**IT IS SO ORDERED.**

Dated: May 31, 2024

_____
PETER H. KANG
United States Magistrate Judge