HOLLAND & KNIGHT LLP
David I. Holtzman (SBN 299287)
Andrew Klair (SBN 334960)
Ana Dragojevic (SBN 341847)
Jacob Barrera (SBN 348272)
560 Mission Street, Suite 1900
San Francisco, CA  94105
Telephone:  415.743.6900
Fax:  415.743.6910
Email: David.holtzman@hklaw.com
        Andrew.Klair@hklaw.com
        Ana.Dragojevic@hklaw.com
        Jacob.Barrera@hklaw.com

Attorneys for Karan Gogri

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAHESH GOGRI,<br><br>          Plaintiff,<br><br>     vs.<br><br>KARAN GOGRI, an individual, SHILPA GOGRI, an individual, RENEE GRADY, an individual, SANJIV PATEL, an individual, JOHN DOE NUMBER 1-5, individuals, and JOHN DOE NUMBERS 6-10, entities,<br><br>          Defendant. | Case Nos.: 3:24-cv-00732-TLT<br><br>**DECLARATION OF ANDREW KLAIR ISO REQUEST FOR JUDICIAL NOTICE ISO MOTION TO DISMISS** |

- 1 -

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Tel: 415.743.6900
Fax: 415.743.6910

I, Andrew Klair, declare:

1. I am an attorney at law licensed to practice before this Court. I am an attorney at Holland & Knight LLP, counsel for Defendant Karan Gogri ("Karan"). Except as otherwise stated below, I have personal knowledge of the factual matters set out in this declaration. If called as a witness, I could and would testify to such matters, without waiver of any applicable privilege. I submit this declaration in support of Karan's concurrently filed Request for Judicial Notice ("RJN") and Motion to Dismiss.

2. Attached to Karan's concurrently filed RJN as **Exhibit 1** is a true and correct copy of the Initial Complaint filed by Karan on December 2, 2022, in *Karan Gogri v. Mahesh Gogri, et al.*, Case No. 22CV023043 in the Superior Court of the State of California for the County of Alameda.

3. Attached to Karan's concurrently filed RJN as **Exhibit 2** is a true and correct copy of the Cross-Complaint filed by Plaintiff Mahesh Gogri ("Mahesh") on April 13, 2023, in *Karan Gogri v. Mahesh Gogri, et al.*, Case No. 22CV023043 in the Superior Court of the State of California for the County of Alameda.

4. Attached to Karan's concurrently filed RJN as **Exhibit 3** is a true and correct copy of the Request for Dismissal of Cross-Complaint filed by Mahesh on February 7, 2024, in *Karan Gogri v. Mahesh Gogri, et al.*, Case No. 22CV023043 in the Superior Court of the State of California for the County of Alameda.

5. Attached to Karan's concurrently filed RJN as **Exhibit 4** is a true and correct copy of the Petition for Order filed by Karan on November 27, 2023, in *In re Jayantilal K. Gogri Trust*, Case No. 23PR052533 in the Superior Court of the State of California for the County of Alameda with exhibits omitted for the Court's convenience.

6. Attached to Karan's concurrently filed RJN as **Exhibit 5** is a true and correct copy of the General Denial and Affirmative Defenses filed by Mahesh on April 13, 2023, in *Karan Gogri v. Mahesh Gogri, et al.*, Case No. 22CV023043 in the Superior Court of the State of California for the County of Alameda.

//

//

- 2 -

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that I have executed this declaration this 19th day of July, 2024, at San Francisco, California.

_____

Andrew Klair

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA  94105
Tel: 415.743.6900
Fax: 415.743.6910

A. KLAIR DECL. ISO RJN                                           CASE NOS.: 3:24-CV-00732-TLT