Thornton Davidson #166487
THORNTON DAVIDSON, P.C.
1195 W. Shaw Ave., Suite A
Fresno, California 93711
Tel: (559) 476-5064
Fax: (559) 421-0368
E-mail: thornton@thorntondavidsonlaw.com

Attorneys for Plaintiff, MAHESH GOGRI

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| MAHESH GOGRI,<br><br>                          Plaintiff,<br><br>vs.<br><br>KARAN GOGRI, an individual, SHILPA GOGRI, an individual, RENE GRADY, an individual, SANJIV PATEL, an individual, JOHN DOE NUMBERS 1-5, individuals, and JOHN DOE NUMBERS 6-10, entities,<br><br>                          Defendants. | Case No.: 24-cv-00732-TLT<br>Related Case No: 24-cv-03067-TLT<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF THIS ENTIRE CASE WITH PREJUDICE; ORDER** |

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL:

Plaintiff, MAHESH GOGRI, in the above matter pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this entire case.

Such dismissal shall be with prejudice, with each side to bear its own fees and costs.

DATED: July 25, 2024

Thornton Davidson
Attorney for Plaintiff

NOTICE OF VOLUNTARY DISMISSAL

1

**<u>ORDER</u>**

IT IS HEREBY ORDERED THAT case number 24-cv-00732-TLT and related case number 24-cv-03067-TLT are dismissed with prejudice.


IT IS SO ORDERED.

Dated:_____                    _____
                                           Honorable Trina L. Thompson
                                           United States District Judge